# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| | |
|---|---|
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS**<br>**Jefferson County, Texas** |
| Plaintiff | **PSSI HOLDINGS, LLC** |
| Cause # | **5:21-CV-00080-RWS** |
| Defendant(s) | **JEREMY SHANE CALHOUN; ET AL** |
| Came to Hand Date/Time | **7/01/2021    1:39 PM** |
| Manner of Service | **Personal** |
| Service Date/Time | **7/08/2021    11:59 AM** |
| Documents | **SUMMONS; FIRST AMENDED COMPLAINT** |
| Service Fee: | **$65.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **7/08/2021** at **11:59 AM**: I served **SUMMONS and FIRST AMENDED COMPLAINT** upon **The Vincit Company, LLC c/o W Scott McGinness Jr., REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **The Vincit Company, LLC c/o W Scott McGinness Jr., REGISTERED AGENT, Registered Agent, who accepted service with direct delivery, with identity confirmed by subject stating their name, a gray-haired white male approx. 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs** at **832 Georgia Ave Ste. 1200, Chattanooga, TN 37402**.

My name is: **Stacy Edward Hickman**. My date of birth is: **11/04/1967**

My address is: **1555 Fishtrap Road, So. Pittsburg, TN 37380**, USA.

null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in ._____ county, TX.

_____
Stacy Edward Hickman

_____07/08/2021_____
Date Executed

Ref **REF-8344076**

**0072508160**
txefile@abclegal.com


Haltom & Doan
&lt;tfoster@haltomdoan.com&gt;

Tracking # **0072882536**