# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

| Court | |
|---|---|
| **Federal Court**<br>**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS**<br>**Jefferson County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **PSSI HOLDINGS, LLC** | **5:21-CV-00080-RWS** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **JEREMY SHANE CALHOUN; ET AL** | **6/30/2021   3:15 PM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **7/01/2021   10:17 AM** |

| Documents | Service Fee: |
|---|---|
| **SUMMONS; FIRST AMENDED COMPLAINT** | **$150.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **7/01/2021** at **10:17 AM**: I served **SUMMONS and FIRST AMENDED COMPLAINT** upon **Zee Company, Inc. c/o National Registered Agents, Inc., REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **Zee Company, Inc. c/o National Registered Agents, Inc., REGISTERED AGENT, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a bald white male approx. 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs** at **1999 Bryan St. Ste. 900, Dallas, TX 75201-3136**.

My name is: **Stanislaus Aguwa**. My date of birth is: **5/07/1971**

My address is: **620 W Westchester Pkwy Apt 21206, Grand Prairie, TX 75052**, USA.

My process server identification # is: **PSC 19960**. My Certification expires: **6/29/2023**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  Dallas  county, TX.

*Stanislaus Aguwa*                                                                             07/01/2021

Stanislaus Aguwa                                                                                Date Executed

Ref  **REF-8344055**

0072507573

txefile@abclegal.com



Haltom & Doan
<tfoster@haltomdoan.com>

Tracking # **0072583460**