UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PSSI HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEREMY SHANE CALHOUN, ZEE COMPANY, INC., and THE VINCIT COMPANY, LLC<br><br>    Defendants. | Civil Action No. 5:21-cv-00080-RWS |

### ORDER

Before the Court is Plaintiff PSSI Holdings, LLC's ("PSSI") Unopposed Motion for Leave to File Under Seal ("Motion") (Docket No. 36). Being well-advised that it is unopposed, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED.** It is therefore

**ORDERED** that Exhibits 1-5 to the Declaration of Courtney Cullers and Exhibits 1-5 to the Third Supplemental Declaration of David Kalat be sealed by the Clerk.

**So ORDERED and SIGNED this 21st day of July, 2021.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE